UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN MONTANEZ,<br><br>Defendant. | Cr. No. 3:25-cr-32<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL** |

Comes now Jonathan Montanez, by and through his attorney, Assistant Federal Public Defender Charles J. Sheeley, and moves the Court for its Order extending the trial setting of July 22, 2025, as well as all related pretrial deadlines.

As grounds, Defendant states:

1. Defendant made his initial appearance and was arraigned on May 15, 2025, on an Indictment, charging the Defendant with Escape from Custody, in violation of 18 U.S.C. §§ 751(a) and 4082(a).

2. The Court entered its Criminal Pretrial Order and Jury Trial Notice on May 16, 2025, setting the jury trial for July 22, 2025.

3. Defendant received discovery from the government on May 21, 2025.

4. Defense counsel needs additional time to properly investigate this matter and prepare for trial. Additional investigative work, based on a review of the discovery material, is necessary before defense counsel can competently advise the Defendant if a plea agreement or trial is in his best interests.

5. Defense counsel has advised the Defendant of this motion, its purpose, and constitutional and statutory right to a speedy trial, pursuant to 18 U.S.C. § 3161 et seq. Defendant said he would consent to a continuance and has executed a written consent form, which is being filed contemporaneously with this motion.

6. Defendant is currently detained at the Northwest Regional Correctional Center in Crookston, Minnesota.

7. The Government, through Assistant United States Attorney Richard Lee, does not object to this motion.

8. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant Jonathan Montanez, requests that the Court continue the trial setting to a time past July 22, 2025, and further, that all related pretrial deadlines be continued.

Dated this 16th day of June, 2025.

>Respectfully submitted,
>
>JASON J. TUPMAN
>Federal Public Defender
>By:
>
> /s/  Charles J. Sheeley
>Charles J. Sheeley
>Assistant Federal Public Defender
>Attorney for Defendant
>Office of the Federal Public Defender
>Districts of South Dakota and North Dakota
>112 Roberts Street North, Suite 200
>Fargo, ND 58102
>Telephone: 701-239-5111
>Facsimile:  701-239-5098
>filinguser_SDND@fd.org